## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **RONALD CHARLES ERVIN** | ) | |
| | ) | |
| **V.** | ) | **3-05-CV-1728-N** |
| | ) | |
| **DOUGLAS DRETKE, Director,** | ) | |
| **Texas Department of Criminal Justice** | ) | |
| **Correctional Institutions Division** | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr.,  made findings, conclusions

and a recommendation in this case.  No objections were filed.  The District Court reviewed the

proposed findings, conclusions and recommendation for plain error.  Finding none, the Court

accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Signed June 16, 2006.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE